JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DIXON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-02183-DSF-MAR<br>**CLASS ACTION**<br><br>*Assigned for All Purposes to:*<br>*Judge Dale S. Fischer*<br><br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION** |

# ORDER

Based on the foregoing stipulation and request of the Parties, the matter of *Melvin Dixon v. Union Pacific Railroad Company*, Case No. 2: :23-cv-02183-DSF-MAR, is hereby remanded to the Los Angeles County Superior Court with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 15, 2023

_____
Hon. Dale S. Fischer
United States District Judge

-2-